# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SHERRY R. DONNELL |
| **Case Number:** | 17-07588-CL13   **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JULY 03, 2019 10:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

MOTION TO DISMISS CASE FILED BY TRUSTEE

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE SKELTON
AHREN A. TILLER, ATTORNEY FOR SHERRY R. DONNELL

### Disposition:

**VIRTUAL ENTRY ENTERED BY COURT ON 7/2/19 (re ECF No. 53):**
Matter off calendar.  Trustee's Motion to Dismiss withdrawn 7/2/19 (re ECF No. 52).

Case called on 7/3/19 at request of Debtor's counsel so guideline fees could be requested.

Court sees Debtor's consent and Trustee's non-opposition to guideline fee request.
Therefore, guideline fees are allowed in amount of $515 to Atty Tiller.